

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN, TEXAS 78711

JOHN L. HILL
ATTORNEY GENERAL

January 17, 1974

The Honorable James R. Arnold
Traffic Safety Administrator
Texas Department of Community
    Affairs
P. O. Box 13449
Austin, Texas 78711

Opinion No. H- 212

Re: The constitutionality of funding
the State Driver Education Program
with a surcharge on fines for moving
traffic violations.

Dear Mr. Arnold:

You have asked our opinion about the constitutionality of funding the
State Driver Education Program with a surcharge on fines for moving traffic
violations.

We assume "surcharge", as used in your request, refers to a charge
similar to those made pursuant to Article 1083 of Vernon's Texas Code of
Criminal Procedure to finance the Criminal Justice Planning Fund. Also
see Art. 42.12, § 6a, T. C. C. P.

A diligent search has failed to reveal any statute in Texas which would
currently authorize the collection of such a charge for such a purpose. Articles
6701j-1, The Texas Traffic Safety Act of 1967, and 4413 (29c), the Act for
licensing commercial driver-training schools and instructors, do not. Its
collection without statutory authority would be unauthorized. Article 1011,
T. C. C. P.

Inasmuch as there is no statute purporting to permit such a charge for
such a purpose, and no legislative committee is now considering a proposed
enactment, we have nothing to submit to constitutional scrutiny. But see:
Ex parte Carson, 159 S. W. 2d 126 (Tex. Crim. 1942); Carter v. City of Norfolk,
147 S. E. 2d 139 (Va. 1966); State v. Anderson, 234 S. W. 768 (Tenn. 1920);
Ex parte Miller, 263 P 2d 522 (Okla. Crim. App.1953); and Ex parte Coffelt,
228 P 2d 199 (Okla. Crim. App. 1951).

## SUMMARY

In the absence of a statute or a proposed statute authorizing the collection of a surcharge on fines for moving traffic violations to be used in funding the State Driver Education Program, there is no basis for testing the constitutionality of such a levy.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

LARRY F. YORK, First Assistant

DAVID M. KENDALL, Chairman
Opinion Committee